UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUWARA JAWAN COMPTON, JR.,

    Defendant.
_____/

Hon. Hala Y. Jarbou

Case No. 1:23-cr-00127

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a two-count Indictment. Count 1 of the Indictment charges him with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1); and count 2 charges him with possession of a machinegun, in violation of 18 U.S.C. § 922(o).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on October 24, 2023, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-

appearance.  The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community.  Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on October 24, 2023.

Date October 24, 2023                                          /s/ Phillip J. Green
                                                                              PHILLIP J. GREEN
                                                                              United States Magistrate Judge